**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Kevin PUCKETT, Defendant–**
**Appellant.**

**No. 10–14144**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 25, 2011.

Donna Barrow Dobbins, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Steven E. Butler, Assistant U.S. Attorney, U.S. Attorney's Office, Raymond Arthur Pierson, Attorney at Law, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and FAY, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for James Kevin Puckett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Puckett's conviction and sentence is **AFFIRMED**.